STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00029 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [8 U.S.C. § 1326(a)] |
| | ) | |
| LUIS ALBERTO GONZALEZ-ALVINA, | ) | |
| aka Richard Cordova-Ayala, | ) | |
| aka Richard Ayala-Cordova, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about January 5, 2000, in the District of Hawaii, the Defendant, LUIS ALBERTO GONZALES-ALVINA, aka Richard Cordova-Ayala, aka Richard Ayala-Cordova, an alien who had been previously arrested and deported from the United States pursuant to law, was found in the United States, having knowingly and unlawfully entered the United States without obtaining the consent of the Attorney General of the United States for

reapplication by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

DATED: __Jan. 19_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. LUIS ALBERTO GONZALEZ-ALVINA
"Indictment"

2